| | |
|---|---|
| 1 | **BARNES & THORNBURG LLP** |
| | Thomas J. Donovan (admitted *pro hac vice*) |
| 2 | thomas.donovan@btlaw.com |
| | Roya Rahmanpour Bar, No. 285076 |
| 3 | roya.rahmanpour@btlaw.com |
| | 2029 Century Park East, Suite 300 |
| 4 | Los Angeles, California  90067 |
| | Telephone:     310. 284.3880 |
| 5 | Facsimile:     310. 284.3894 |
| 6 | Attorneys for Defendants |
| | MIPOX INTERNATIONAL CORP. |
| 7 | and MGN INTERNATIONAL, INC. |

| | | |
|---|---|---|
| 8 | **TROUTMAN SANDERS LLP** | **WINSTON & STRAWN LLP** |
| | Dean A. Morehous, Bar No. 111841 | David S. Bloch, Bar No. 184530 |
| 9 | dean.morehous@troutmansanders.com | dbloch@winston.com |
| | Charanjit Brahma, Bar No. 204771 | Amanda L. Groves, Bar No. 187216 |
| 10 | charanjit.brahma@troutmansanders.com | agroves@winston.com |
| | Marcus T. Hall, Bar No. 206495 | 101 California Street, Suite 3400 |
| 11 | marcus.hall@troutmansanders.com | San Francisco, CA 94111-5840 |
| | 580 California Street, 11th floor | Telephone: (415) 591-1000 |
| 12 | San Francisco, CA  94104 | Facsimile: (415) 591-1400 |
| | Telephone:     415.477.5700 | |
| 13 | Facsimile:     415.477.5710 | |

14  Attorneys for Plaintiff
    INTERNATIONAL TEST SOLUTIONS, INC.
15

16                       **UNITED STATES DISTRICT COURT**

17                       **NORTHERN DISTRICT OF CALIFORNIA**

18

| | | |
|---|---|---|
| 19 | INTERNATIONAL TEST SOLUTIONS, INC., | Case No.  3:16-cv-00791-RS |
| 20 | | |
| | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO DISCLOSE INVALIDITY CONTENTIONS** |
| 21 | | |
| 22 | v. | |
| 23 | MIPOX INTERNATIONAL CORPORATION and MGN INTERNATIONAL, INC., | |
| 24 | | |
| 25 | Defendant. | |

26

27

28

STIPULATION AND [PROPOSED] ORDER

Pursuant to Local Rules 6-2 and 7-12, Plaintiff International Test Solutions, Inc., ("ITS") and Defendants Mipox International Corporation ("Mipox") and MGN International, Inc. ("MGN") (collectively, "Parties"), through their respective undersigned counsel, hereby stipulate and request an order extending the due date for Defendant Mipox and MGN's Patent L.R. 3-3 Invalidity Contentions and Patent L.R. 3-4 Document Productions Accompanying Disclosure of Invalidity Contentions by two weeks, from July 25, 2016 to August 8, 2016. This extension of time will provide Mipox and MGN the time necessary to prepare and complete the Invalidity Contentions and accompanying production. The requested time modification would change no other due dates and would have no effect on the remaining schedule for the case. Accordingly, the Parties hereby stipulate through their respective counsel of record as follows:

WHEREAS, pursuant to the Court's Case Management Scheduling Order entered May 26, 2016, and pursuant to the Patent Local Rules, the current due date for the Mipox and MGN's Invalidity Contentions and accompanying production of documents is July 25, 2016; and

WHEREAS, the Mipox and MGN require additional time to prepare their Document Productions Accompanying Disclosure of Invalidity Contentions and Invalidity Contentions, and ITS, through its counsel of record, has agreed to extend the due date for Document Productions Accompanying Disclosure of Invalidity Contentions and Invalidity Contentions the by two weeks, from July 25, 2016 to August 8, 2016;

IT IS HEREBY STIPULATED by and between the Parties hereto that Mipox and MGN shall have to and including August 8, 2016, to serve their Document Productions Accompanying Disclosure of Invalidity Contentions and Invalidity Contentions.

STIPULATION AND [PROPOSED] ORDER

| | | |
|---|---|---|
| Dated: July 22, 2016 | | WINSTON & STRAWN LLP |
| | | By: */s/ Amanda L. Groves* |
| | | Amanda L. Groves |
| | | Attorneys for Plaintiff |
| | | International Test Solutions, Inc. |
| Dated: July 22, 2016 | | BARNES & THORNBURG LLP |
| | | By: */s/ Roya Rahmanpour* |
| | | Thomas J. Donovan |
| | | Roya Rahmanpour |
| | | Attorneys for Defendants |
| | | Mipox International Corporation and MGN International, Inc. |

**CONCURRENCE IN FILING**

I, Roya Rahmanpour, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 22, 2016        */s/ Roya Rahmanpour*
                            Roya Rahmanpour

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  7/22/16        _____
                       Richard Seeborg
                       UNITED STATES DISTRICT JUDGE