**BARNES & THORNBURG LLP**
Thomas J. Donovan (admitted *pro hac vice*)
thomas.donovan@btlaw.com
Roya Rahmanpour Bar, No. 285076
roya.rahmanpour@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:      310. 284.3880
Facsimile:      310. 284.3894

Attorneys for Defendants
MIPOX INTERNATIONAL CORP.
and MGN INTERNATIONAL, INC.

**WINSTON & STRAWN LLP**
DAVID S. BLOCH (SBN: 184530)
dbloch@winston.com
AMANDA L. GROVES (SBN: 187216)
agroves@winston.com
101 California Street, Suite 3400
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

LOWELL D. JACOBSON (*Pro Hac Vice*)
ljacobson@winston.com
35 W. Wacker Dr.
Chicago IL 60601
Telephone:      (312) 558-5600
Facsimile:      (312) 558-5700

JAMES C. LIN (SBN: 271673)
jalin@winston.com
275 Middlefield Rd., Suite 205
Menlo Park, CA 94025
Telephone:      (650) 858-6500
Facsimile:      (650) 858-6550

Attorneys for Plaintiff
INTERNATIONAL TEST SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL TEST SOLUTIONS, INC., | Case No.  3:16-cv-00791-RS |
| Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |
| MIPOX INTERNATIONAL CORP. and MGN INTERNATIONAL, INC., | |
| Defendant. | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Local Rules 6-2 and 7-12, Plaintiff International Test Solutions, Inc., ("ITS") and Defendants Mipox International Corporation ("Mipox") and MGN International, Inc. ("MGN") (collectively, "Parties"), through their respective undersigned counsel, hereby stipulate and request an order extending the due date for the Parties' Joint Claim Construction and Prehearing Statement by one week, from September 26, 2016 to October 3, 2016. This extension of time will provide the Parties the time necessary to prepare and complete the Joint Claim Construction and Prehearing Statement. The requested time modification would change no other due dates and would have no effect on the remaining schedule for the case.  Accordingly, the Parties hereby stipulate through their respective counsel of record as follows:

WHEREAS, pursuant to the Court's Case Management Shceduling Order entered May 26, 2016, and pursuant to the Patent Local Rules, the current due date for the Parties' Joint Claim Construction and Prehearing Statement is September 26, 2016; and

WHEREAS, the Parties require additional time to prepare their Joint Claim Construction and Prehearing Statement;

WHEREAS, extending the deadline for the Joint Claim Construction and Prehearing Statement from September 26, 2016 to October 3, 2016 would not affect the remaining schedule for the case;

IT IS HEREBY STIPULATED by and between the Parties hereto that the Parties shall have to and including October 3, 2016, to file the Joint Claim Construction and Prehearing Statement.

1  Dated: September 23, 2016        WINSTON & STRAWN LLP

2

3                                   By: /s/ David S. Bloch _____
                                        David S. Bloch
4                                       Amanda L. Groves
                                        Lowell D. Jacobson
5                                       James C. Lin

6                                       Attorneys for Plaintiff
                                        International Test Solutions, Inc.
7

8  Dated: September 23, 2016        BARNES & THORNBURG LLP

9

10                                  By: /s/ Roya Rahmanpour _____
                                        Thomas J. Donovan
11                                      Roya Rahmanpour
                                        Attorneys for Defendants
12                                      Mipox International Corporation
                                        and MGN International, Inc.
13

14                          **CONCURRENCE IN FILING**

15      I, Roya Rahmanpour, hereby attest that the concurrence to the filing of this document has

16  been obtained from each signatory hereto.

17

18  Dated: September 23, 2016            /s/ Roya Rahmanpour _____
                                         Roya Rahmanpour
19

20              **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22  Dated:  9/23/16                    _____
                                       Richard Seeborg
23                                     UNITED STATES DISTRICT JUDGE

24

25

26

27

28

                        STIPULATION AND [PROPOSED] ORDER