DAVID S. BLOCH (SBN: 184530)
dbloch@winston.com
AMANDA L. GROVES (SBN: 187216)
agroves@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5840
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

LOWELL D. JACOBSON (*Pro Hac Vice*)
ljacobson@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago IL 60601
Telephone:     (312) 558-5600
Facsimile:      (312) 558-5700

JAMES C. LIN (SBN: 271673)
jalin@winston.com
WINSTON & STRAWN LLP
275 Middlefield Rd., Suite 205
Menlo Park, CA 94025
Telephone:     (650) 858-6500
Facsimile:      (650) 858-6550

Attorneys for Plaintiff
INTERNATIONAL TEST SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTERNATIONAL TEST SOLUTIONS, INC.<br><br>            Plaintiff,<br><br>     v.<br><br>MIPOX INTERNATIONAL CORPORATION and MGN INTERNATIONAL, INC.<br><br>            Defendants. | Case No.: 3:16-cv-00791-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>Action Filed: February 17, 2016<br><br>Judge: Honorable Richard Seeborg |

1    Pursuant to Local Rules 6-2 and 7-12, Plaintiff International Test Solutions, Inc., ("ITS") and
2    Defendants Mipox International Corporation ("Mipox") and MGN International, Inc. ("MGN")
3    (collectively, "Parties"), through their respective undersigned counsel, hereby stipulate and request
4    an order extending the due date for the Parties' Joint Claim Construction and Prehearing Statement
5    from October 3, 2016 to October 10, 2016.  This extension of time will provide the Parties the
6    additional time necessary to prepare and complete the Joint Claim Construction and Prehearing
7    Statement.  The requested time modification would change no other due dates and would have no
8    effect on the remaining schedule for the case.  Accordingly, the Parties hereby stipulate through their
9    respective counsel of record as follows:
10       WHEREAS, pursuant to the Court's Case Management Scheduling Order entered May 26,
11   2016, and pursuant to the Patent Local Rules, the due date for the Parties' Joint Claim Construction
12   and Prehearing Statement was September 26, 2016; and
13       WHEREAS, pursuant to the Parties' Stipulation and Order to Extend Time for Joint Claim
14   Construction and Prehearing Statement entered September 23, 2016, the current due date for the
15   Parties' Joint Claim Construction and Prehearing Statement is October 3, 2016; and
16       WHEREAS, the Parties require additional time to prepare their Joint Claim Construction and
17   Prehearing Statement;
18       WHEREAS, extending the deadline for the Joint Claim Construction and Prehearing
19   Statement from October 3, 2016 to October 10, 2016 would not affect the remaining schedule for the
20   case;
21       IT IS HEREBY STIPULATED by and between the Parties hereto that the Parties shall have
22   to and including October 10, 2016, to file the Joint Claim Construction and Prehearing Statement.

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

| | |
|---|---|
| Date: October 3, 2016 | WINSTON & STRAWN LLP<br>By: */s/ David S. Bloch*<br>Amanda L. Groves<br>David S. Bloch<br>Lowell D. Jacobson<br>James C. Lin<br>Attorneys for Plaintiff<br>International Test Solutions, Inc. |
| Date: October 3, 2016 | BARNES & THORNBURG LLP<br>By: */s/ Thomas J. Donovan*<br>Thomas J. Donovan<br>Roya Rahmanpour<br>Attorneys for Defendants<br>Mipox International Corporation and<br>MGN International, Inc. |

**CONCURRENCE IN FILING**

I, David S. Bloch, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

Date: October 3, 2016        By: */s/ David S. Bloch*
                                  David S. Bloch

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 10/4/16        By: [signature]
                          Richard Seeborg
                          UNITED STATES DISTRICT JUDGE