DAVID S. BLOCH (SBN: 184530)
dbloch@winston.com
AMANDA L. GROVES (SBN: 187216)
agroves@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5840
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

LOWELL D. JACOBSON (*Pro Hac Vice*)
ljacobson@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago IL 60601
Telephone:     (312) 558-5600
Facsimile:      (312) 558-5700

JAMES C. LIN (SBN: 271673)
jalin@winston.com
WINSTON & STRAWN LLP
275 Middlefield Rd., Suite 205
Menlo Park, CA 94025
Telephone:     (650) 858-6500
Facsimile:      (650) 858-6550

Attorneys for Plaintiff
INTERNATIONAL TEST SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTERNATIONAL TEST SOLUTIONS, INC.<br><br>                    Plaintiff,<br><br>          v.<br><br>MIPOX INTERNATIONAL CORPORATION and MGN INTERNATIONAL, INC.<br><br>                    Defendants. | Case No.: 3:16-cv-00791-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Action Filed: February 17, 2016<br><br>Judge: Honorable Richard Seeborg |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff International Test Solutions, Inc., ("ITS") and Defendants Mipox International Corporation ("Mipox") and MGN International, Inc. ("MGN") (collectively, "Parties"), through their respective undersigned counsel, hereby stipulate and request an order extending the due date for the Opening Claim Construction Brief from November 25, 2016 to December 5, 2016.  This extension of time will provide ITS the additional time necessary to prepare and complete the Opening Claim Construction Brief in view of the Thanksgiving holiday. The requested time modification will change the due dates for the Responsive Claim Construction Brief and the Reply Claim Construction Brief in accordance with Patent Local Rule 4-5 but would otherwise have no effect on the remaining schedule for the case, including the *Markman* hearing scheduled for January 30, 2017.  Accordingly, the Parties hereby stipulate through their respective counsel of record as follows:

WHEREAS, the Parties served and filed the Joint Claim Construction and Prehearing Statement on October 10, 2016; and

WHEREAS, pursuant to Patent Local Rule 4-5(a), the due date for the Opening Claim Construction Brief is not later than 45 days after serving and filing the Joint Claim Construction and Prehearing Statement, which is November 25, 2016; and

WHEREAS, ITS requires additional time to prepare the Opening Claim Construction Brief in view of the Thanksgiving holiday; and

WHEREAS, extending the deadline for the Opening Claim Construction Brief from November 25, 2016 to December 5, 2016 will change the due dates for the Responsive Claim Construction Brief and Reply Claim Construction Brief in accordance with Patent Local Rule 4-5 but would not otherwise affect the remaining schedule for the case, including the *Markman* hearing scheduled for January 30, 2017;

IT IS HEREBY STIPULATED by and between the Parties hereto that ITS shall have to and including December 5, 2016 to serve and file the Opening Claim Construction Brief.

|   |   |
|---|---|
|   | WINSTON & STRAWN LLP |
| Date: November 17, 2016 | By: */s/ David S. Bloch* |
|   | Amanda L. Groves |
|   | David S. Bloch |
|   | Lowell D. Jacobson |
|   | James C. Lin |
|   |   |
|   | Attorneys for Plaintiff |
|   | International Test Solutions, Inc. |
|   |   |
|   | BARNES & THORNBURG LLP |
| Date: November 17, 2016 | By: */s/ Thomas J. Donovan* |
|   | Thomas J. Donovan |
|   | Roya Rahmanpour |
|   | Attorneys for Defendants |
|   |   |
|   | Mipox International Corporation and |
|   | MGN International, Inc. |

### CONCURRENCE IN FILING

I, David S. Bloch, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

| | |
|---|---|
| Date: November 17, 2016 | By: */s/ David S. Bloch* |
| | David S. Bloch |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

| | |
|---|---|
| Date: 11/18/16 | By: _____ |
| | Richard Seeborg |
| | UNITED STATES DISTRICT JUDGE |