1  **BARNES & THORNBURG LLP**
   Thomas J. Donovan (admitted *pro hac vice*)
2  thomas.donovan@btlaw.com
   Roya Rahmanpour Bar, No. 285076
3  roya.rahmanpour@btlaw.com
   2029 Century Park East, Suite 300
4  Los Angeles, California  90067
   Telephone:    310. 284.3880
5  Facsimile:     310. 284.3894

   Attorneys for Defendants
6  MIPOX INTERNATIONAL CORP.
   and MGN INTERNATIONAL, INC.
7
   **WINSTON & STRAWN LLP**
8  DAVID S. BLOCH (SBN: 184530)
   dbloch@winston.com
9  AMANDA L. GROVES (SBN: 187216)
   agroves@winston.com
10 101 California Street, Suite 3400
   San Francisco, CA 94111-5840
11 Telephone: (415) 591-1000
   Facsimile: (415) 591-1400
12
   LOWELL D. JACOBSON (*Pro Hac Vice*)
13 ljacobson@winston.com
   35 W. Wacker Dr.
14 Chicago IL 60601
   Telephone:    (312) 558-5600
15 Facsimile:    (312) 558-5700

16 JAMES C. LIN (SBN: 271673)
   jalin@winston.com
17 275 Middlefield Rd., Suite 205
   Menlo Park, CA 94025
18 Telephone:    (650) 858-6500
   Facsimile:    (650) 858-6550
19
   Attorneys for Plaintiff
20 INTERNATIONAL TEST SOLUTIONS, INC.

21                     **UNITED STATES DISTRICT COURT**

22                     **NORTHERN DISTRICT OF CALIFORNIA**

23                              **SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTERNATIONAL TEST SOLUTIONS, INC. | Case No.: 3:16-cv-00791-RS |
| Plaintiff,<br>v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR RESPONSIVE AND REPLY CLAIM CONSTRUCTION BRIEFS** |
| MIPOX INTERNATIONAL CORPORATION and MGN INTERNATIONAL, INC.<br><br>Defendants. | Action Filed: February 17, 2016<br><br>Judge: Honorable Richard Seeborg |

1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
CASE NO.: 3:16-CV-00791-RS

Pursuant to Local Rules 6-2 and 7-12, Plaintiff International Test Solutions, Inc. ("ITS") and Defendants Mipox International Corporation ("Mipox") and MGN International, Inc. ("MGN") (collectively, "Parties"), through their respective undersigned counsel, hereby stipulate[1] and request an order:

1. Extending the due date for Defendants' L.P.R 4-5(b) responsive claim construction brief from December 19, 2016 to January 16, 2017.
2. Extending the due date for Plaintiff's L.P.R. 4-5(c) reply claim construction brief from December 27, 2016 to January 23, 2017.
3. Permitting Defendants to conduct a deposition of Darran Cairns and extending the close of claim construction discovery, for the limited purpose of conducting this deposition, from October 26, 2016 to December 30, 2016.

This extension of time is requested as part of a resolution of a dispute between the Parties regarding Plaintiff's rebuttal expert report from Darran Cairns. In connection with resolving this dispute, the Parties agreed, among other things, that ITS will make available Dr. Cairns for deposition on the week of December 19, 2016.

Accordingly, the Parties hereby stipulate through their respective counsel of record as follows:

WHEREAS, the Parties served and filed the Joint Claim Construction and Prehearing Statement on October 10, 2016, and Plaintiff served its Opening Claim Construction Brief on December 5, 2016; and

WHEREAS, a dispute between the Parties has arisen regarding the rebuttal expert report of Dr. Cairns included with Plaintiff's Opening Claim Construction Brief;

WHEREAS, the Parties have resolved the dispute and, based on the resolution, Defendants will need additional time to conduct their deposition of Dr. Cairns;

WHEREAS, extending the deadline as set forth herein will not otherwise extend the remaining schedule for the case;

---

[1] The parties previously stipulated to extend time for disclosure of invalidity contentions (Dkt. No. 39), to extend time for the parties' joint claim construction and prehearing statement (Dkt. No. 44), and to extend the time for filing of the opening claim construction brief (Dkt. No. 56).

IT IS HEREBY STIPULATED by and between the Parties hereto that:

1. The due date for Defendants' L.P.R 4-5(b) responsive claim construction brief is extended from December 19, 2016 to January 16, 2017.

2. The due date for Plaintiff's L.P.R. 4-5(c) reply claim construction brief is extended from December 27, 2016 to January 23, 2017.

3. Defendants are permitted to conduct a deposition of Darran Cairns.  The close of claim construction discovery is extended for the limited purpose of conducting this deposition from October 26, 2016 to December 30, 2016.

Date: December 9, 2016            By:   */s/ David S. Bloch*
WINSTON & STRAWN LLP
Amanda L. Groves
David S. Bloch
Lowell D. Jacobson
James C. Lin
Attorneys for Plaintiff
International Test Solutions, Inc.

BARNES & THORNBURG LLP

Date: December 9, 2016            By:   */s/ Thomas J. Donovan*
Thomas J. Donovan
Roya Rahmanpour
Attorneys for Defendants
Mipox International Corporation and
MGN International, Inc.

**CONCURRENCE IN FILING**

I, Thomas Donovan, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

Date: December 9, 2016            By:   */s/  Thomas J. Donovan*
Thomas J. Donavan

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  12/9/16                    By:   _____
Richard Seeborg
UNITED STATES DISTRICT JUDGE