WINSTON & STRAWN LLP
DAVID S. BLOCH (SBN: 184530)
dbloch@winston.com
AMANDA L. GROVES (SBN: 187216)
agroves@winston.com
101 California Street
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

JAMES C. LIN (SBN: 271673)
jalin@winston.com
275 Middlefield Rd., Suite 205
Menlo Park, CA 94025
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LOWELL D. JACOBSON (*Pro Hac Vice*)
ljacobson@winston.com
35 W. Wacker Dr.
Chicago IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Attorneys for Plaintiff/Counter-Defendant
INTERNATIONAL TEST SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL TEST SOLUTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>MIPOX INTERNATIONAL CORPORATION, MGN INTERNATIONAL, INC., and MIPOX CORPORATION<br><br>Defendants. | Case No.: 3:16-cv-00791-RS<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING THE PARTIES TO AMEND THEIR PATENT LOCAL RULE 3-1 AND 3-3 CONTENTIONS** |
| MIPOX CORPORATION,<br><br>Counter-Plaintiff,<br><br>v.<br><br>INTERNATIONAL TEST SOLUTIONS, INC.,<br><br>Counter-Defendant. | |

| | |
|---|---|
| 1 | Pursuant to Northern District of California Civil Local Rule 3-6(a), plaintiff International Test Solutions, Inc., and defendants Mipox International Corporation, MGN International, Inc., and Mipox Corporation hereby request leave to amend their infringement contentions and invalidity contentions, respectively, in light of the Court's Claim Construction Order, which parties have stipulated provides good cause for the proposed amendments. The parties have reviewed the proposed amendments, and stipulate that they do not inflict undue prejudice on either party. |

Date: May 16, 2017

WINSTON & STRAWN LLP

By: /s/ David S. Bloch
David S. Bloch
Amanda L. Groves
Lowell D. Jacobson
James C. Lin

**ATTORNEYS FOR PLAINTIFF, INTERNATIONAL TEST SOLUTIONS, INC.**

Date: May 16, 2017

BARNES & THORNBURG LLP

By: /s/ Thomas J. Donovan
Thomas J. Donovan
Mark A. Hagedorn
Roya Rahmanpour

**ATTORNEYS FOR DEFENDANTS, MIPOX INTERNATIONAL CORP., MGN INTERNATIONAL, INC. AND MIPOX CORP.**

**CONCURRENCE IN FILING**

I, David S. Bloch, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

Date: May 16, 2017

By: /s/ David S. Bloch
David S. Bloch

Pursuant to stipulation, and good cause appearing therefor, IT IS SO ORDERED.

Date: May __23__, 2017

Richard Seeborg
UNITED STATES DISTRICT JUDGE

1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802