**BARNES & THORNBURG LLP**
THOMAS J. DONOVAN (*Pro hac vice*)
*thomas.donovan@btlaw.com*
MARK A. HAGEDORN (*Pro hac vice*)
*mark.hagedorn@btlaw.com*
One N. Wacker Dr., Ste 4400, Chicago, IL 60606
Telephone:   (312) 357-1313
Facsimile:   (312) 759-5646

ROYA RAHMANPOUR (SBN 285076)
*roya.rahmanpour@btlaw.com*
2029 Century Park East, Ste 300, L.A., CA 90067
Telephone:   (310) 284-3880
Facsimile:   (310) 284-3894

Attorneys for Defendants MIPOX CORP., MIPOX INTERNATIONAL CORP. and MGN INTERNATIONAL, INC.

**WINSTON & STRAWN LLP**
DAVID S. BLOCH (SBN: 184530)
dbloch@winston.com
AMANDA L. GROVES (SBN: 187216)
agroves@winston.com
101 California Street, Suite 3400
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

JAMES C. LIN (SBN: 271673)
jalin@winston.com
275 Middlefield Rd., Suite 205
Menlo Park, CA 94025
Telephone:   (650) 858-6500
Facsimile:   (650) 858-6550

Attorneys for Plaintiff
INTERNATIONAL TEST SOLUTIONS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL TEST SOLUTIONS, INC., <br> Plaintiff, <br> v. <br> MIPOX INTERNATIONAL CORP., et al. <br> Defendants. | Case No. 3:16-cv-00791-RS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DATES IN SCHEDULING ORDER** |
| MIPOX CORPORATION, <br> Counter-Plaintiff, <br> v. <br> INTERNATIONAL TEST SOLUTIONS, INC., <br> Counter-Defendant. | |

STIPULATION AND [PROPOSED] ORDER

Pursuant to Local Rules 6-2 and 7-12, Plaintiff International Test Solutions, Inc., ("ITS") and Defendants Mipox Corporation ("Mipox"), Mipox International Corporation ("MIC"), and MGN International, Inc. ("MGN") (collectively, "Parties"), through their respective undersigned counsel, hereby stipulate[1] and request an order to continue the dates in the operating scheduling order (Dkt. No. 127) as set forth below. The requested continuance of dates would allow the Parties to focus on finalizing a written settlement agreement that is in progress. Accordingly, the Parties hereby stipulate through their respective counsel of record as follows:

WHEREAS, on May 18, 2017, this Court entered the operating case management scheduling order (Dkt. No. 127);

WHEREAS, on August 1, 2017, the Parties participated in a successful mediation session (Dkt. No. 135);

WHEREAS, the Parties believe a settlement is likely imminent and have been working toward finalizing a written settlement agreement;

WHEREAS, the Parties wish to focus on finalizing a written settlement agreement;

IT IS HEREBY STIPULATED by and between the Parties hereto that the operating case management scheduling order be modified as follows:

| Event | Current Deadline | Stipulated Proposed Deadline |
|---|---|---|
| Complete Non-Expert Discovery | September 29, 2017 | November 28, 2017 |
| Exchange of Expert Reports | October 27, 2017 | December 28, 2017 |
| Exchange of Rebuttal Expert Reports | December 1, 2017 | January 15, 2018 |
| Complete Expert Discovery | January 12, 2018 | February 12, 2018 |
| Further Case Management Conference | October 5, 2017 at 10:00 a.m. | December 7, 2017 at 10:00 a.m. |
| Hearing for Pretrial Motions | March 29, 2018 | April 26, 2018 |
| Final Pretrial Conference | May 24, 2018 at 10:00 a.m. | May 24, 2018 at 10:00 a.m. (No Change) |
| Trial | June 4, 2018 at 9:00 a.m. | June 4, 2018 at 9:00 a.m. (No Change) |

---

[1] The parties previously stipulated to extend time for disclosure of invalidity contentions (Dkt. No. 39), to extend time for the parties' joint claim construction and prehearing statement (Dkt. No. 44), to extend the time for filing of the opening claim construction brief (Dkt. No. 57), and to extend the time for responsive and reply claim construction briefs (Dkt. No. 64). The Court previously granted a Motion for Leave to Amend Complaint and continued the Markman hearing (Dkt. No. 70). Finally, Magistrate Judge Spero granted the Parties' request for continuances of a court-ordered meet and confer relating to a discovery dispute issue. (Dkt. Nos. 137 and 141).

STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| Dated: September 8, 2017 | WINSTON & STRAWN LLP |
| | By: */s/ David S. Bloch* <br> David S. Bloch <br> Amanda L. Groves <br> James C. Lin <br> Attorneys for Plaintiff <br> International Test Solutions, Inc. |
| Dated: September 8, 2017 | BARNES & THORNBURG LLP |
| | By: */s/ Roya Rahmanpour* <br> Thomas J. Donovan <br> Mark A. Hagedorn <br> Roya Rahmanpour <br> Attorneys for Defendants Mipox Corp., Mipox International Corp. and MGN International, Inc. |

**CONCURRENCE IN FILING**

I, Roya Rahmanpour, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 8, 2017        */s/ Roya Rahmanpour*
                                                        Roya Rahmanpour

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/8/17

Richard Seeborg
UNITED STATES DISTRICT JUDGE