**WINSTON & STRAWN LLP**
DAVID S. BLOCH (SBN: 184530)
*dbloch@winston.com*
AMANDA L. GROVES (SBN: 187216)
*agroves@winston.com*
101 California Street, San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

JAMES C. LIN (SBN: 271673)
*jalin@winston.com*
275 Middlefield Rd., Suite 205
Menlo Park, CA 94025
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LOWELL D. JACOBSON (*Pro Hac Vice*)
*ljacobson@winston.com*
35 W. Wacker Dr., Chicago IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Attorneys for Plaintiff
INTERNATIONAL TEST SOLUTIONS, INC.

**BARNES & THORNBURG LLP**
THOMAS J. DONOVAN (*Pro hac vice*)
*thomas.donovan@btlaw.com*
MARK A. HAGEDORN (*Pro hac vice*)
*mark.hagedorn@btlaw.com*
One N. Wacker Dr., Ste 4400, Chicago, IL 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

ROYA RAHMANPOUR (SBN 285076)
*roya.rahmanpour@btlaw.com*
2029 Century Park East, Ste 300, L.A., CA 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Attorneys for Defendants
MIPOX CORP.,
MIPOX INTERNATIONAL CORP.,
and MGN INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL TEST SOLUTIONS, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIPOX INTERNATIONAL CORPORATION, MGN INTERNATIONAL, INC., and MIPOX CORPORATION<br><br>　　　　　Defendants. | Case No.: 3:16-cv-00791-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES IN SCHEDULING ORDER**<br><br>Action Filed: February 17, 2016<br>Judge: Hon. Richard Seeborg |

MIPOX CORPORATION,

                Counter-Plaintiff,

    v.

INTERNATIONAL TEST SOLUTIONS, INC.,

                Counter-Defendant.

Pursuant to Local Rules 6-2 and 7-12, Plaintiff International Test Solutions, Inc. ("ITS") and Defendants Mipox International Corporation ("Mipox"), MGN International, Inc. ("MGN"), and Mipox Corporation ("Mipox Japan") (collectively, "Parties"), through their respective undersigned counsel, hereby stipulate[1] and request an order to continue the dates in the operating scheduling order (Dkt. No. 143) as set forth below. The efforts between the Parties to reach a settlement have been unsuccessful, and thus, the Parties request a continuance of dates in the scheduling order to allow enough time for discovery and trial to resume in this matter. The Parties are submitting a proposed schedule for the Court's consideration. Accordingly, the Parties hereby stipulate through their respective counsel of record as follows:

WHEREAS, on May 18, 2017, this Court entered the operating case management scheduling order (Dkt. No. 127);

WHEREAS, on August 1, 2017, the Parties participated in a mediation session in which the result was that the Parties believed that a settlement was likely imminent (Dkt. No. 135), and the Parties subsequently worked on finalizing a written settlement agreement to settle the case;

WHEREAS, on September 1, 2017, the USPTO ordered that *inter partes review* is granted as to claims 1-4 and 6 of U.S. Patent No. 8,801,869;

WHEREAS, on September 8, 2017, the Parties stipulated to modifying the operating case management scheduling order to focus on finalizing a written settlement agreement;

WHEREAS, on September 11, 2017, the USPTO ordered that *inter partes review* is granted as to claims 2 and 6 of U.S. Patent No. 7,202,683 and that *inter partes review* is granted as to claims 26 and 28 of U.S. Patent No. 6,777,966;

WHEREAS, on October 18, 2017, ITS informed Mipox, MGN, and Mipox Japan that the Parties are unable to come to an agreement to settle the case;

---

[1] The parties previously stipulated to extend time for disclosure of invalidity contentions (Dkt. No. 39), to extend time for the parties' joint claim construction and prehearing statement (Dkt. No. 44), to extend the time for filing of the opening claim construction brief (Dkt. No. 57), and to extend the time for responsive and reply claim construction briefs (Dkt. No. 64). The Court previously granted a Motion for Leave to Amend Complaint and continued the Markman hearing (Dkt. No. 70). Magistrate Judge Spero granted the Parties' request for continuances of a court-ordered meet and confer relating to a discovery dispute issue. (Dkt. Nos. 137 and 141). Finally, the Court granted the parties' joint stipulation to continue dates in the scheduling order. (Dkt. No. 143).

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES IN SCHEDULING ORDER - CASE NO.: 3:16-CV-00791-RS

WHEREAS, ITS represents that several additional months of discovery is required for the Parties and the Court to properly assess the merits of this case, including additional time (a) to accommodate the additional foreign discovery through the Hague convention that is required for this case, such as seeking discovery from Mipox Japan's Korean manufacturer and discovery from Mipox Japan's Japanese supplier, (b) for ITS to take depositions of Mipox Japan, which Mipox Japan insists be taken in Japan, and (c) for Mipox, MGN, and Mipox Japan to depose ITS's witnesses and to complete their discovery;

IT IS HEREBY STIPULATED by and between the Parties hereto that the operating case management scheduling order be modified as follows:

| Event | Current Deadline | Stipulated Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | November 28, 2017 | May 1, 2018 |
| Exchange of Expert Reports (From Party Having Burden of Proof) | December 28, 2017 | May 31, 2018 |
| Rebuttal of Expert Reports | January 15, 2018 | June 28, 2018 |
| Close of Expert Discovery | February 12, 2018 | August 3, 2018 |
| Further Case Management Conference | December 7, 2017 at 10:00 AM | May 10, 2018 at 10:00 AM |
| Deadline for filing Dispositive Motions, including Daubert Motions and Motions for Preliminary Injunction | February 16, 2018 | August 31, 2018 |
| Hearing of Dispositive Motions, including Daubert Motions and Motions for Preliminary Injunction | Thursday, March 29, 2018 at 1:30 PM | Thursday, October 11, 2018 at 1:30 PM |
| Pretrial Conference | Thursday, May 24, 2018 at 10:00 AM | Thursday, November 29, 2018 at 10:00 AM |
| Trial | June __, 2018 | December 10, 2018 at 9:00 am |

| | | |
|---|---|---|
| Date: November 9, 2017 | By: | WINSTON & STRAWN LLP<br>*/s/ David S. Bloch*<br>Amanda L. Groves<br>David S. Bloch<br>Lowell D. Jacobson<br>James C. Lin<br>Attorneys for Plaintiff<br>International Test Solutions, Inc. |
| Date: November 9, 2017 | By: | BARNES & THORNBURG LLP<br>*/s/ Thomas J. Donovan*<br>Thomas J. Donovan<br>Mark A. Hagedorn<br>Roya Rahmanpour<br>Attorneys for Defendants<br>Mipox Corporation, Mipox International Corporation, and MGN International, Inc. |

## CONCURRENCE IN FILING

I, David S. Bloch, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

Date: November 9, 2017         By:  */s/ David S. Bloch*
                                              Davis S. Bloch

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 11/13/17         By:  _____
                                       Richard Seeborg
                                       UNITED STATES DISTRICT JUDGE