| | |
|---|---|
| **WINSTON & STRAWN LLP**<br>DAVID S. BLOCH (SBN: 184530)<br>*dbloch@winston.com*<br>AMANDA L. GROVES (SBN: 187216)<br>*agroves@winston.com*<br>101 California Street, San Francisco, CA 94111<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br><br>JAMES C. LIN (SBN: 271673)<br>*jalin@winston.com*<br>275 Middlefield Rd., Suite 205<br>Menlo Park, CA 94025<br>Telephone: (650) 858-6500<br>Facsimile: (650) 858-6550<br><br>LOWELL D. JACOBSON (*Pro Hac Vice*)<br>*ljacobson@winston.com*<br>35 W. Wacker Dr., Chicago IL 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br><br>ERIN C. VILLASENOR (*Pro Hac Vice*)<br>1111 Louisiana, 25th Fl.<br>Houston, TX 77002<br>Telephone: (713) 651-2686<br>Facsimile: (713) 651-2700<br><br>Attorneys for Plaintiff<br>INTERNATIONAL TEST SOLUTIONS, INC. | **BARNES & THORNBURG LLP**<br>THOMAS J. DONOVAN (*Pro hac vice*)<br>*thomas.donovan@btlaw.com*<br>MARK A. HAGEDORN (*Pro hac vice*)<br>*mark.hagedorn@btlaw.com*<br>One N. Wacker Dr., Ste 4400, Chicago, IL 60606<br>Telephone: (312) 357-1313<br>Facsimile: (312) 759-5646<br><br>ROYA RAHMANPOUR (SBN 285076)<br>*roya.rahmanpour@btlaw.com*<br>2029 Century Park East, Ste 300, L.A., CA 90067<br>Telephone: (310) 284-3880<br>Facsimile: (310) 284-3894<br><br>Attorneys for Defendants<br>MIPOX CORP.,<br>MIPOX INTERNATIONAL CORP.,<br>and MGN INTERNATIONAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL TEST SOLUTIONS, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>MIPOX INTERNATIONAL CORPORATION, MGN INTERNATIONAL, INC., and MIPOX CORPORATION<br><br>    Defendants. | Case No.: 3:16-cv-00791-RS<br>ORDER<br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br>Judge: Hon. Richard Seeborg |
| MIPOX CORPORATION,<br><br>    Counter-Plaintiff,<br>    v.<br><br>INTERNATIONAL TEST SOLUTIONS, INC.,<br><br>    Counter-Defendant. | |

The parties to this action, by their respective attorneys, hereby stipulate and agree that this action and all claims and counterclaims therein shall be dismissed with prejudice, without costs or fees being assessed against any party. The Court shall retain jurisdiction for the purpose of enforcement of this Order or any of the provisions of the parties' Settlement Agreement.

WINSTON & STRAWN LLP

Date: November 17, 2017    By: */s/ David S. Bloch*
                                             Amanda L. Groves
                                             David S. Bloch
                                             Lowell D. Jacobson
                                             James C. Lin
                                             Erin C. Villasenor

Attorneys for Plaintiff
International Test Solutions, Inc.

BARNES & THORNBURG LLP

Date: November 17, 2017    By: */s/ Thomas J. Donovan*
                                             Thomas J. Donovan
                                             Mark A. Hagedorn
                                             Roya Rahmanpour

Attorneys for Defendants
Mipox Corporation, Mipox
International Corporation, and
MGN International, Inc.

**CONCURRENCE IN FILING**

I, David S. Bloch, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

Date: November 17, 2017    By: */s/ David S. Bloch*
                                             Davis S. Bloch

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 11/20/17    By: *[signature]*
                              Richard Seeborg
                              UNITED STATES DISTRICT JUDGE